UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

                    Case No. 2:21-cv-6984

          Plaintiff

-against-                            NOTICE OF SETTLEMENT


POLESTAR AUTOMOTIVE USA, INC.,


          Defendant
------------------------------------------------------------- X

      Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: New York, New York
       February 3, 2022

                                                        Respectfully submitted,

                                                        REED SMITH LLP

                                        By:  */s/ Alexandra C. Manfredi*
                                              Alexandra C. Manfredi
                                              599 Lexington Avenue
                                              New York, NY  10022
                                              T:  (212) 549-4260
                                              F:  (212) 521-5450
                                              E:  amanfredi@reedsmith.com

                                              *Counsel for Defendant Polestar Automotive*
                                              *USA, Inc.*


                                                     SO ORDERED.

                                                   **s/ WFK**

Dated: February 15, 2022                       _____
       Brooklyn, New York                    HON. WILLIAM F. KUNTZ, II
                                           UNITED STATES DISTRICT JUDGE