UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- X

MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

                     Plaintiff

-against-

POLESTAR AUTOMOTIVE USA, INC.,

                     Defendant

------------------------------------------------- X

Case No. 2:21-cv-6984

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Michelle Tenzer-Fuchs voluntarily dismisses this action against Defendant Polestar Automotive USA, Inc. with prejudice. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate at this time because Defendant has not yet filed either an answer or motion for summary judgment.

Dated: New York, New York
       March 1, 2022

Respectfully submitted,

SHALOM LAW, PLLC

By: /s/ *[signature]*
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, NY 11375
T: (718) 971-9474
E: jonathan@shalomlawNY.com

*Counsel for Plaintiff*

The application is ✓ granted. ___ denied.
SO ORDERED
s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: March 1, 2022
Brooklyn, New York